| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Falk, Mark | 2. Court or Organization<br><br>US District Court-New Jersey | 3. Date of Report<br><br>10/18/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Magistrate Judge-Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

| 7. Chambers or Office Address<br><br>U.S.P.O. & Courthouse<br>1 Federal Square<br>Newark, NJ 07101 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust 1 |
| 2. Power of Attorney * | Relative |
| 3. Trustee * | Trust 2 |
| 4. Trustee * | Trust 3 |
| 5. Executor * | Estate 1 |
| 6. Secretary | Federal Magistrate Judges Association |
| 7. Treasurer | Federal Magistrate Judges Association |
| 8. Adjunct Professor | Rutgers School of Law |
| 9. Adjunct Professor | Fordham Law School |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 10/18/2016 |

3.

| Name of Person Reporting | Date of Report |
|---|---|
| **Falk, Mark** | 10/18/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Fordham Law School - teaching | $2,500.02 |
| 2. 2015 | Rutgers Law School - teaching | $1,742.77 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Self-employed (court stenography) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | 03/27/15 | New York, NY | Bar Association Dinner | Transportation, meals |
| 2. | Federal Magistrate Judges Association | 9/15/2015 - 9/17/2015 | Washington, DC | Executive Board Meeting | Transportation, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | | | | | | | | | |
| 2. - Fidelity Ginnie Mae Fund | A | Int./Div. | J | T | | | | | |
| 3. Fidelity N.J. Muni Money Market Fund | A | Int./Div. | K | T | | | | | |
| 4. Fidelity Floating Rate | A | Int./Div. | J | T | Redeemed (part) | 08/24/15 | J | | |
| 5. Fidelity Cash Reserves | A | Int./Div. | L | T | Buy | 08/24/15 | J | | |
| 6. IRA #1 | | | | | | | | | |
| 7. - MS U.S. Govt. Securities Trust B | B | Int./Div. | L | T | | | | | |
| 8. IRA #2 | | | | | | | | | |
| 9. - Rydex Invers. Govt. Long Bond | A | Dividend | J | T | | | | | |
| 10. - Vanguard Short Term Investor | A | Dividend | K | T | | | | | |
| 11. - Vanguard Fixed Income High Yield | B | Dividend | K | T | | | | | |
| 12. - Vanguard Div. App. Index | B | Dividend | K | T | | | | | |
| 13. - Vanguard Value Index | A | Dividend | K | T | | | | | |
| 14. - Ishares Russell Midcap Value Index | A | Dividend | J | T | | | | | |
| 15. - Ishares Russell 1000 Value Index | A | Dividend | K | T | | | | | |
| 16. - Fidelity Convertible Securities Fund | C | Dividend | K | T | | | | | |
| 17. - Nasdaq 100 Trust Unit Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Fidelity Overseas Mutual Fund | A | Dividend | K | T | | | | | |
| 19. - Fidelity Puritan Mutual Fund | A | Dividend | J | T | | | | | |
| 20. - Fidelity Blue Chip Growth Mutual Fund | A | Dividend | J | T | | | | | |
| 21. - Fidelity Cash Reserves | B | Interest | N | T | Redeemed (part) | 01/20/15 | J | | |
| 22. | | | | | Redeemed (part) | 03/30/15 | J | | |
| 23. | | | | | Redeemed (part) | 05/06/15 | J | | |
| 24. - Fidelity US Bond Index | A | Dividend | K | T | | | | | |
| 25. - Spartan Ext. MKT Index | A | Dividend | J | T | | | | | |
| 26. - Spartan Intl. Index | A | Dividend | K | T | | | | | |
| 27. - Spartan Intl. Treasury Bond | A | Dividend | J | T | | | | | |
| 28. - Spartan 500 Index | A | Dividend | J | T | | | | | |
| 29. - Vanguard Inflation Protected SECs | A | Interest | K | T | | | | | |
| 30. - Vanguard Small Cap Value Index | A | Dividend | K | T | | | | | |
| 31. - Fidelity Magellan Mutual Fund | B | Dividend | J | T | | | | | |
| 32. - Fidelity Ginnie Mae Fund | A | Dividend | J | T | | | | | |
| 33. - Fidelity Growth & Income Mutual Fund | A | Dividend | J | T | | | | | |
| 34. - Fidelity Intermediate Bond Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Fidelity Retirement Govt. Money Market | A | Interest | J | T | | | | | |
| 36. - Fidelity Short Term Bond | A | Interest | J | T | | | | | |
| 37. - Vanguard Wellesley Inc. | A | Dividend | K | T | | | | | |
| 38. - Doubleline Bond Fund | A | Dividend | K | T | | | | | |
| 39. - Ishares Silver | A | Interest | J | T | | | | | |
| 40. - Ishares China ETF | A | Interest | K | T | | | | | |
| 41. - Pro Shares Ultra Short Russell 2000 | A | Interest | J | T | | | | | |
| 42. - Pro Shares Short Dow | A | Interest | K | T | | | | | |
| 43. - Pro Shares Ultra Short Cap | A | Int./Div. | J | T | | | | | |
| 44. - Pro Shares Short S&P 500 | A | Interest | L | T | | | | | |
| 45. - Pro Shares Short QQQ | A | Interest | J | T | | | | | |
| 46. - Fidelity Convertible Securities | C | Int./Div. | K | T | | | | | |
| 47. IRA #3 | | | | | | | | | |
| 48. - Vanguard Total Stock Market Index Mutual Fund | B | Dividend | L | T | | | | | |
| 49. Alcoa Common Stock | A | Dividend | J | T | | | | | |
| 50. Coca Cola Common Stock | A | Dividend | J | T | | | | | |
| 51. Eastman Kodak Common Stock (Y) ** | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Brokerage Account #1 | | | | | | | | | |
| 53. - Aegon Common Stock | A | Dividend | | | Sold | 11/05/15 | J | | |
| 54. - Alcoa Common Stock | A | Dividend | | | Sold | 11/05/15 | J | | |
| 55. - Alliant Tech System Common Stock - Orbital ATK Inc. Com **** | A | Dividend | | | Sold | 11/05/15 | J | | |
| 56. - American Electric Power Common Stock | A | Dividend | | | Sold | 11/05/15 | J | | |
| 57. - Eastman Chemical | A | Dividend | | | Sold | 11/05/15 | J | | |
| 58. - Eastman Kodak Common Stock (Y) ** | | | | | | | | | |
| 59. - Honeywell Int'l Common Stock | A | Dividend | | | Sold | 11/05/15 | K | | |
| 60. - IBM Common Stock | A | Dividend | | | Sold | 11/05/15 | K | | |
| 61. - Pactiv Corp. Common Stock | A | Dividend | | | Sold | 11/05/15 | J | | |
| 62. - Morgan Stanley Tax Free Daily Income Trust *** | B | Dividend | N | T | Buy | 11/05/15 | L | | |
| 63. - Invesco Quality Municipal Income Trust | C | Dividend | | | Sold | 11/05/15 | K | | |
| 64. - Invesco Municipal Income Y ****** | C | Dividend | L | T | Buy | 11/05/15 | L | | |
| 65. - InvescoTax Exempt Securities Trust | C | Dividend | | | Sold | 11/05/15 | J | | |
| 66. - Apple | A | Dividend | | | Buy | 05/19/15 | J | | |
| 67. | | | | | Sold | 11/05/15 | J | | |
| 68. Southern Co. (X) | A | Dividend | | | Sold | 11/10/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IRA - #4 - Phoenix Variable Annuity | | | | | | | | | |
| 70. - Virtus Capital Growth | A | Int./Div. | J | T | | | | | |
| 71. - Virtus Strat Alloc | A | Int./Div. | J | T | | | | | |
| 72. - Virtus International | A | Int./Div. | J | T | | | | | |
| 73. - Wanger USA | A | Int./Div. | J | T | | | | | |
| 74. - Wanger International | A | Int./Div. | J | T | | | | | |
| 75. - Federated Prime Money Market | A | Int./Div. | J | T | | | | | |
| 76. SEP Account 1 | | | | | | | | | |
| 77. - Vanguard Total Stock Market Index Mutual Fund | D | Dividend | O | T | Buy | 04/06/15 | J | | |
| 78. | | | | | Buy | 11/02/15 | J | | |
| 79. - Vanguard Prime Money Market Fund | B | Interest | K | T | | | | | |
| 80. Wells Fargo Bank Account 1 | A | Interest | N | T | | | | | |
| 81. Wells Fargo Bank Account 2 | B | Interest | L | T | | | | | |
| 82. Wells Fargo Account 3 | A | Interest | J | T | | | | | |
| 83. Bank of America Account 1 | A | Interest | J | T | | | | | |
| 84. Amboy Bank Account | A | Interest | J | T | | | | | |
| 85. Fidelity NJ Muni Income | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Fidelity NJ Muni Money Market | A | Interest | J | T | | | | | |
| 87. Fidelity Floating Rate | A | Interest | J | T | | | | | |
| 88. Fidelity Ginnie Mae | A | Dividend | J | T | | | | | |
| 89. Fidelity Cash Reserves | A | Dividend | L | T | | | | | |
| 90. Bank of America Account 2 | A | Interest | J | T | | | | | |
| 91. Bank of America Account 3 | A | Interest | J | T | | | | | |
| 92. Bank of America Account 4 | A | Interest | L | T | | | | | |
| 93. Vanguard Total Stock Market Index Mutual Fund | A | Dividend | L | T | | | | | |
| 94. Santander | A | Interest | J | T | | | | | |
| 95. Fidelity Convertible Securities Fund | B | Dividend | K | T | | | | | |
| 96. Vanguard Growth & Income | A | Dividend | K | T | | | | | |
| 97. Vanguard Healthcare | B | Dividend | M | T | | | | | |
| 98. Vanguard Inter-Tax Exempt | B | Dividend | K | T | | | | | |
| 99. Vanguard Prime Mkt Fund | A | Dividend | K | T | | | | | |
| 100. Vanguard Total Stk. Mk. | A | Dividend | K | T | | | | | |
| 101. Vanguard 500 Index | B | Dividend | L | T | | | | | |
| 102. Charles Schwab Money Market | B | Interest | J | T | | | | | |

| | | |
|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Brokerage Account 2 Charles Schwab | | | | | | | | | |
| 104. - General Electric | A | Dividend | J | T | | | | | |
| 105. - Halliburton | B | Dividend | L | T | | | | | |
| 106. Brokerage Acct. 3 Charles A. Schwab (X) | | | | | | | | | |
| 107. Chevron Corp. (X) | A | Dividend | K | T | | | | | |
| 108. Eastman Chemical (X) | A | Dividend | K | T | | | | | |
| 109. Fidelity NY Muni Income (X) | A | Interest | K | T | | | | | |
| 110. IBM (X) | A | Dividend | M | T | | | | | |
| 111. USAA Tax Exempt (X) | A | Interest | K | T | | | | | |
| 112. IRA 5 (X) | | | | | | | | | |
| 113. Bernstein Wealth Appreciation (X) | A | Dividend | K | T | | | | | |
| 114. Cruz & Co. LLC (X) *** | | None | | | Sold | 11/09/15 | N | G | Veritext |
| 115. Trust #2 * | | | | | | | | | |
| 116. - Santander Money Market #1 (X) | A | Interest | | T | | | | | |
| 117. - Santander Money Market #2 (X) | A | Interest | K | T | | | | | |
| 118. - Chevron Corp. (X) ***** | A | Dividend | | | Distributed | | | | |
| 119. - Eastman Chemical Co. (X) ***** | A | Dividend | | | Distributed | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - IBM Corp. (X) ***** | A | Dividend | | | Distributed | | | | |
| 121.  - Fidelity NY Muni (X) ***** | A | Dividend | | | Distributed | | | | |
| 122.  - USAA Tax Exempt Interm. (X) ***** | A | Dividend | | | Distributed | | | | |
| 123.  Trust #3 (X) * | | | | | | | | | |
| 124.  - Chase Checking - Bank Account 1 (X) | A | Interest | K | T | | | | | |
| 125.  - Chase Bank Account 2 (X) | A | Interest | N | T | | | | | |
| 126.  - JP Morgan Deposit Sweep (X) | A | Interest | J | T | | | | | |
| 127.  - Franklin Templeton Funds NY (X) | A | Dividend | K | T | | | | | |
| 128.  - NY - Go Bond (X) | A | Dividend | K | T | | | | | |
| 129.  - BDS - Subser Go Bond (X) | A | Interest | J | T | | | | | |
| 130.  - IllinoisTool Works Inc. Stock (X) | A | Dividend | J | T | | | | | |
| 131.  - East Hampton Twn NY Bond (X) | A | Interest | K | T | | | | | |
| 132.  - Metropolitan and Transit Auth NYR Bond (X) | A | Interest | | | Sold | 11/16/15 | J | | |
| 133.  - NY St Dorm Auth Revs Sec (X) | A | Interest | K | T | | | | | |
| 134.  - NY St Twy Auth Second GE Bond (X) | A | Interest | J | T | | | | | |
| 135.  - Goldman Sachs GRP Inc. (X) | A | Interest | J | T | | | | | |
| 136.  - Morgan Stanley SR (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - BAC Cap TR VIII (X) | A | Interest | J | T | | | | | |
| 138. - Credit-Enhanced Corts TR AOH Corts (X) | A | Interest | J | T | | | | | |
| 139. - Countrywide Cap V (X) | A | Interest | J | T | | | | | |
| 140. - 1st Financial Bank USA Dakota Dunes SD (X) | A | Interest | K | T | | | | | |
| 141. - Goldman Sachs Bank USA NY (X) | A | Interest | J | T | | | | | |
| 142. - Goldman Sachs Bank USA NY (X) | A | Interest | J | T | | | | | |
| 143. - Wells Fargo Bank NA (X) | A | Interest | J | T | | | | | |
| 144. - Investment Managers SER TR Center CST MLP (X) | A | Interest | K | T | | | | | |
| 145. - Columbia FDS SER TR II MASS High Yield Bond C (X) | A | Dividend | K | T | | | | | |
| 146. - AB Discovery Growth FD Inc. Advisor CL (X) | A | Dividend | J | T | | | | | |
| 147. - AB Discovery Value Fund (X) | A | Dividend | J | T | | | | | |
| 148. - AB Global Thematic Growth Fund (X) | A | Dividend | J | T | | | | | |
| 149. - AB Large Cap Growth Fund (X) | A | Dividend | K | T | Redeemed (part) | 11/30/15 | J | | |
| 150. - AB Portfolios (X) | A | Dividend | J | T | | | | | |
| 151. - AB Value Fund (X) | A | Dividend | K | T | Redeemed (part) | 10/31/15 | J | | |
| 152. | | | | | Redeemed (part) | 11/30/15 | J | | |
| 153. - Bernstein Sanford C Fund Inc. (X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Bernstein Tax Managed International (X) | A | Dividend | K | T | | | | | |
| 155. - Bernstein Sanford C Fund Inc. Tax-Aware Overlay A (X) | A | Dividend | L | T | | | | | |
| 156. - Bernstein Sanford C Fund Inc. Emerging Market Value (X) | A | Dividend | J | T | | | | | |
| 157. - Bernstein Sanford C Fund Inc. NY Municipal Portfolio (X) | A | Dividend | M | T | Redeemed (part) | 07/24/15 | J | | |
| 158. - Bernstein Sanford C Fund Inc. Tax-Aware Overlay N-1 | A | Dividend | L | T | | | | | |
| 159. - Astoria Financial Corp. (X) | B | Dividend | K | T | | | | | |
| 160. - Goldman Sachs Group Inc. (X) | B | Dividend | K | T | | | | | |
| 161. - UIT Guggenheim Defined Portfolio SER 21 (X) | A | Dividend | | | Sold | 05/18/15 | K | | |
| 162. - RBC Prime Money Market Fund (X) | A | Dividend | L | T | | | | | |
| 163. - 500 Index Fund Adm. (X) | A | Dividend | K | T | | | | | |
| 164. - Windsor II Fund Investments (X) | A | Dividend | K | T | | | | | |
| 165. - Inter-Term Tax Exempt Inv. (X) | A | Dividend | K | T | | | | | |
| 166. - General Electric Co. Stock (X) | B | Dividend | M | T | | | | | |
| 167. - Chevron Corp. Stock (X) | C | Dividend | M | T | | | | | |
| 168. - Ally Bank (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 10/18/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

\* During the reporting period my relative became legally incompetent and I acted pursuant to her Power of Attorney. Shortly thereafter, she passed away and I assumed various roles as co-trustee of certain trusts and (in 2016) co-executor. With the help of counsel, I have endeavored to provide the most accurate information possible for assets held in my relative's trusts in Section VII. During reporting period, we were working to gather the assets of my relative's trusts; however, the records were limited so there could be minor inaccuracies. Further information, developments, and any corrections will be reported on 2016 report.

\*\* Investment went bankrupt.

\*\*\* Entry refers to spouse's "business" as a court stenographer, which was sold during the reporting period. It is currently and previously was referred to only in Section III (B). I had no interest or involvement in the business or spouse's employment; however, I have some knowledge of it. Prior to sale, it had no known or quantifiable value or income, other than spouse's self-employed non-investement income reported in Section III (B). Spouse continues as a self-employed court stenographer including working for purchaser as an independent contractor; however, purchaser now owns the name of the LLC previously used by spouse in self-employment.

\*\*\*\* Alliant Tech System apparently changed its name to Orbital ATK Inc. Com during the reporting period.

\*\*\*\*\* Trust assets were transferred to beneficiary during reporting period.

\*\*\*\*\*\* Apparently the name of this fund changed. It appears that it was previously listed as Invesco Insured Municipal Income; however, I am still confirming this change.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark Falk**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544